UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REBECCA SEROU** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0847** |
| **S. GUY deLAUP , ET AL.** | **SECTION "K"(4)** |

### ORDER AND REASONS

Before the Court is a Motion to Dismiss and/ or for an Order Holding Plaintiff in Contempt of Court and/or to Strike Plaintiff's Witnesses.  Defendants S. Guy deLaup and S. Guy deLaup, PLC filed a Motion to Compel Discovery seeking an Order from the Court compelling plaintiff Rebecca Serou to respond to defendants' Second Set of Interrogatories and Requests for Production of Documents.  On April 28, 2006, Magistrate Judge Karen Roby ordered plaintiff to produce the requested documents and response to interrogatories no later than May 5, 2006.  Despite defendants' repeated attempts to extract these materials, plaintiff's counsel failed to do so timely.  As a result the instant motion was eventually filed on June 1, 2006.

Plaintiff has now actually produced the materials, and as such argues that dismissal in this instance is too draconian a measure.  The fault lies with counsel not plaintiff and the prejudice of dismissing  of her claim is far too great a response for plaintiff's counsel dereliction.  Nonetheless, plaintiff concedes and the Court finds that a fair sanction for this dilatory response would be the assessment of attorneys' fees and costs incurred in filing the subject motion pursuant to Fed. R. Civ. P. 37(a)(4)(A)  Accordingly,

**IT IS ORDERED** that Motion to Dismiss and/ or for an Order Holding Plaintiff in Contempt of Court and/or to Strike Plaintiff's Witnesses is **GRANTED** with respect to the

assessment of attorneys' fees and costs incurred with the filing of the instant motion and **DENIED** in all other respects.

    **IT IS FURTHER ORDERED** that the assessment of the proper amount of fees and costs are **REFERRED** to Magistrate Judge Karen Roby pursuant to Fed. R. Civ. P. 72(a) for a determination thereof.

    New Orleans, Louisiana, this  3rd  day of August, 2006.

                                      **STANWOOD R. DUVAL, JR.**
                              **UNITED STATES DISTRICT COURT JUDGE**